# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DERRICK ESTES** | **CIVIL ACTION** |
| **VERSUS** | **NO. 14-1246** |
| **NELSON COLEMAN CORRECTIONAL CENTER, ST. CHARLES PARISH** | **SECTION "A"(2)** |

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Findings and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Findings and Recommendation, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that the 42 U.S.C. § 1983 complaint of Derrick Estes is **DISMISSED WITH PREJUDICE** for failure to prosecute.

August 14, 2014

_____
UNITED STATES DISTRICT JUDGE